UNITED STATES DISTRICT COURT

For the

NORTHERN DISTRICT OF CALIFORNIA

SUKHPAL SINGH                              No.: 3:11 CV 3065 JCS

      Plaintiff,                      ~~PROPOSED~~ ORDER

    v.

DISTRICT DIRECTOR, USCIS, SAN FRANCISCO, et al.

      Defendants.
_____/

    This matter came before the Court on a stipulation of the parties, for change of venue.  Good cause having been shown, it is: HEREBY ORDERED:

    That this case be transferred to the Eastern District of California (Sacramento);

    That the time for filing of defendants' answer or responsive pleading, be extended up to and including, October 17, 2011.

Dated: 08/26/2011

_____
JOSEPH C. SPERO
United States Magistrate Judge