TONY WEST
Deputy Assistant Attorney General, Civil Division
STACEY I. YOUNG, DCSNB 499324
Trial Attorney
Office of Immigration Litigation, District Court Section
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-7171
Facsimile: (202) 305-7000
stacey.young@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHPAL SINGH, | ) No. 2:11-cv-02291-MCE -CKD |
| Plaintiff, | ) |
| | ) |
| v. | ) JOINT STIPULATION AND ORDER RE: |
| | ) EXTENSION OF TIME FOR |
| DISTRICT DIRECTOR OF SAN FRANCISCO, | ) DEFENDANTS TO FILE ANSWER |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

This is an immigration case in which Plaintiff has challenged the delay in the adjudication of his application to adjust status to that of lawful permanent resident by United States Citizenship and Immigration Services.  The parties respectfully inform the Court that they are attempting to seek a resolution to the matter at the administrative level.  To this extent, Defendants request an additional 30 days to file an answer to the complaint; counsel for plaintiff does not oppose this request.

The parties therefore stipulate that the time for filing Defendants' answer be extended to November 16, 2011.

*Joint Stipulation and*
*Order Re: Extension of Time for*
*Defendants to File Answer*
*No. 2:11-cv-02291-MCE -CKD*

Dated: October 21, 2011                    Respectfully submitted,

                                           TONY WEST
                                           Assistant Attorney General

                                By:        /s/ Stacey I. Young
                                           STACEY I. YOUNG
                                           Trial Attorney
                                           Office of Immigration Litigation
                                           District Court Section
                                           United States Department of Justice


                                By:        /s/ Ashwani K. Bhakhri
                                           Ashwani K. Bhakhri
                                           Law Offices of Ashwani Bhakhri
                                           1299 Bayshore Highway, Suite 208
                                           Burlingam, CA 94010
                                           Attorney for the Plaintiff


### ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY

ORDERED that the Defendants' Answer is due on November 16, 2011.

IT IS SO ORDERED.


Dated:  October 21, 2011

                                           _____
                                           MORRISON C. ENGLAND, JR.
                                           UNITED STATES DISTRICT JUDGE