1  TONY WEST
   Deputy Assistant Attorney General, Civil Division
2  STACEY I. YOUNG, DCSNB 499324
   Trial Attorney
3  Office of Immigration Litigation, District Court Section
   United States Department of Justice
4  P.O. Box 868, Ben Franklin Station
   Washington, D.C. 20044
5  Telephone: (202) 305-7171
   Facsimile: (202) 305-7000
6  stacey.young@usdoj.gov

7  Attorneys for Defendants

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11  SUKHPAL SINGH,                        )
                                          ) No. 2:11-cv-02291-MCE -CKD
12              Plaintiff,                )
                                          )
13         v.                             ) JOINT STIPULATION AND ORDER RE:
                                          ) EXTENSION OF TIME FOR
14  DISTRICT DIRECTOR OF SAN FRANCISCO,   ) DEFENDANTS TO FILE ANSWER
    *et al.*,                             )
15                                        )
                Defendants.               )
16  _____

17

18      This is an immigration case in which Plaintiff has challenged the delay in the adjudication of

19  his application to adjust status to that of lawful permanent resident by United States Citizenship

20  and Immigration Services.  The parties respectfully inform the Court that they are attempting to

21  seek a resolution to the matter at the administrative level.  To this extent, Defendants request an

22  additional 30 days to file an answer to the complaint; counsel for plaintiff does not oppose this

23  request.

24      The parties therefore stipulate that the time for filing Defendants' answer be extended to

25  November 16, 2011.

26

27

28  *Joint Stipulation and*
    *Order Re: Extension of Time for*
    *Defendants to File Answer*
    *No. 2:11-cv-02291-MCE -CKD*

Dated: October 21, 2011

Respectfully submitted,

TONY WEST
Assistant Attorney General

By:   /s/ Stacey I. Young
STACEY I. YOUNG
Trial Attorney
Office of Immigration Litigation
District Court Section
United States Department of Justice

By: /s/ Ashwani K. Bhakhri
Ashwani K. Bhakhri
Law Offices of Ashwani Bhakhri
1299 Bayshore Highway, Suite 208
Burlingam, CA 94010
Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the Defendants' Answer is due on November 16, 2011.

IT IS SO ORDERED.

Dated: October 21, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE