TONY WEST
Deputy Assistant Attorney General, Civil Division
STACEY I. YOUNG, DCSNB 499324
Trial Attorney
Office of Immigration Litigation, District Court Section
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-7171
Facsimile: (202) 305-7000
stacey.young@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SUKHPAL SINGH, | ) | No. 2:11-cv-02291-MCE -CKD |
| Plaintiff, | ) | |
| v. | ) | JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME FOR DEFENDANTS TO FILE ANSWER |
| DISTRICT DIRECTOR OF SAN FRANCISCO, *et al.*, | ) | |
| Defendants. | ) | |

This is an immigration case in which Plaintiff has challenged the delay in the adjudication of his application to adjust status to that of lawful permanent resident by United States Citizenship and Immigration Services. The parties respectfully inform the Court that they are continuing to attempt to seek a resolution to the matter at the administrative level. To this extent, Defendants request an additional 45 days to file an answer to the complaint. Counsel for Plaintiff does not oppose this request.

The parties therefore stipulate that the time for filing Defendants' answer be extended to January 2, 2012.

*Joint Stipulation and
Order Re: Extension of Time for
Defendants to File Answer
No. 2:11-cv-02291-MCE -CKD*

Dated: November 10, 2011    Respectfully submitted,

TONY WEST
Assistant Attorney General

By:     /s/ Stacey I. Young
STACEY I. YOUNG
Trial Attorney
Office of Immigration Litigation
District Court Section
United States Department of Justice

By:    /s/ Ashwani K. Bhakhri
Ashwani K. Bhakhri
Law Offices of Ashwani Bhakhri
1299 Bayshore Highway, Suite 208
Burlingam, CA 94010
Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the Defendants' Answer is due on January 2, 2012.

IT IS SO ORDERED.

Dated:  November 16, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE