1  TONY WEST
   Deputy Assistant Attorney General, Civil Division
2  STACEY I. YOUNG, DCSNB 499324
   Trial Attorney
3  Office of Immigration Litigation, District Court Section
   United States Department of Justice
4  P.O. Box 868, Ben Franklin Station
   Washington, D.C. 20044
5  Telephone: (202) 305-7171
   Facsimile: (202) 305-7000
6  stacey.young@usdoj.gov

7  Attorneys for Defendants

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 SUKHPAL SINGH,                       )
                                        ) No. 2:11-cv-02291-MCE -CKD
12              Plaintiff,              )
                                        )
13       v.                             ) JOINT STIPULATION AND ORDER RE:
                                        ) EXTENSION OF TIME FOR
14 DISTRICT DIRECTOR OF SAN FRANCISCO,  ) DEFENDANTS TO FILE ANSWER
   *et al.*,                            )
15                                      )
                Defendants.             )
16 _____

17

18    This is an immigration case in which Plaintiff has challenged the delay in the adjudication of

19 his application to adjust status to that of lawful permanent resident by United States Citizenship

20 and Immigration Services.  The parties respectfully inform the Court that they are continuing to

21 attempt to seek a resolution to the matter at the administrative level.  To this extent, Defendants

22 request an additional 45 days to file an answer to the complaint.  Counsel for Plaintiff does not

23 oppose this request.

24    The parties therefore stipulate that the time for filing Defendants' answer be extended to

25 January 2, 2012.

26

27

28 *Joint Stipulation and*
   *Order Re: Extension of Time for*
   *Defendants to File Answer*
   *No. 2:11-cv-02291-MCE -CKD*

Dated: November 10, 2011        Respectfully submitted,

                                TONY WEST
                                Assistant Attorney General

By:    /s/ Stacey I. Young
       STACEY I. YOUNG
       Trial Attorney
       Office of Immigration Litigation
       District Court Section
       United States Department of Justice

By:  /s/ Ashwani K. Bhakhri
      Ashwani K. Bhakhri
      Law Offices of Ashwani Bhakhri
      1299 Bayshore Highway, Suite 208
      Burlingam, CA 94010
      Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the Defendants' Answer is due on January 2, 2012.

IT IS SO ORDERED.

Dated: November 16, 2011

                                MORRISON C. ENGLAND, JR.
                                UNITED STATES DISTRICT JUDGE

*Joint Stipulation and*
*Order Re: Extension of Time for*
*Defendants to File Answer*
*No. 2:11-cv-02291-MCE -CKD*       2