TONY WEST
Deputy Assistant Attorney General, Civil Division
SAMUEL GO
Senior Litigation Counsel
Office of Immigration Litigation, District Court Section
STACEY I. YOUNG, DCSNB 499324
Trial Attorney
Office of Immigration Litigation, District Court Section
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-7171
Facsimile: (202) 305-7000
stacey.young@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHPAL SINGH, | No. 2:11-cv-02291-MCE -CKD |
| Plaintiff, | |
| v. | JOINT STIPULATION TO DISMISS; ORDER THEREON |
| DISTRICT DIRECTOR OF SAN FRANCISCO, *et al.*, | |
| Defendants. | |

This is an immigration case in which Plaintiff Sukhpal Singh ("Singh") challenged the delay in the adjudication of his application to adjust status to that of lawful permanent resident by United States Citizenship and Immigration Services ("USCIS"). On December 13, 2011, USCIS adjudicated Singh's adjustment application, thus providing him with all of the relief he sought in his complaint. Accordingly, the parties jointly stipulate to dismiss without prejudice, with each party to bear his or her fees and costs.

//

//

//

*Joint Stipulation to Dismiss*
*and Proposed Order*
*No. 2:11-cv-02291-MCE -CKD*

| | | |
|---|---|---|
| Dated: January 7, 2011 | | Respectfully submitted, |
| | | TONY WEST<br>Assistant Attorney General |
| | | SAMUEL GO<br>Senior Litigation Counsel<br>Office of Immigration Litigation<br>District Court Section |
| | By: | /s/ Stacey I. Young<br>STACEY I. YOUNG<br>Trial Attorney<br>Office of Immigration Litigation<br>District Court Section<br>United States Department of Justice |
| | | *Attorneys for Defendants* |
| | | /s/ Joseph Siguenza<br>JOSEPH SIGUENZA<br>Law Offices of Ashwani K. Bhakhri<br>1290 Old Bayshore Highway, Suite 225<br>Burlingame, CA 94010 |
| | | *Attorney for Plaintiff* |

## ORDER

Pursuant to the Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that this case is dismissed, without prejudice, each side to bear its own fees and costs. The Clerk of Court is hereby directed to close the file.

IT IS SO ORDERED.

Dated: January 11, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

*Joint Stipulation to Dismiss*
*and Proposed Order*
*No. 2:11-cv-02291-MCE -CKD*        2